

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2020

No. 04-20-00459-CV

Nicholas **MARTINI,**
Appellant

v.

Carla **HILEMAN-MARTINI,**
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 18-09-58710-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Appellee, Carla Rae Hileman, has filed a notice stating she is in bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this appeal and all time periods are STAYED from the date the bankruptcy petition was filed on September 21, 2020. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court